IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MONICA NOVAK

    PLAINTIFF,

VS.                                       CV NO.:

WHOLE FOODS MARKET

    DEFENDANT.                JURY TRIAL DEMANDED

### REQUEST FOR SERVICE BY CERTIFIED MAIL

Please serve the Defendant(s), Whole Foods Market by certified mail under Alabama Rules of Civil Procedure 4(i)(2) and Federal Rule of Civil Procedure 4(e)(1).

_____
Kira Fonteneau
Felicia T. Long


OF COUNSEL:

THE FONTENEAU FIRM LLC
2151 Highland Avenue South, Ste. 205
Birmingham, Alabama 35205
T: (205) 564-9005 F: (205) 564-9006