IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MONICA NOVAK

    PLAINTIFF,

VS.                                              CV NO.:

WHOLE FOODS MARKET

    DEFENDANT.                  JURY TRIAL DEMANDED

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the Plaintiff, Monica Novak, by and through the undersigned attorney of record, and in accordance with the Order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Northern District of Alabama's Order:   **This party is an individual.**

Dated: September 17, 2018

_____
Kira Fonteneau
Felicia T. Long

OF COUNSEL:

THE FONTENEAU FIRM LLC
2151 Highland Avenue South, Ste. 205
Birmingham, Alabama 35205
T: (205) 564-9005 F: (205) 564-9006